# UNITED STATES DISTRICT COURT
## District of Minnesota

Jude Chi Anye,

Petitioner,

v.

Executive Office for Immigration Review,

Respondent.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-3852 MJD/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The petition for a writ of habeas corpus of petitioner Jude A. **[Docket No. 1]** is **DENIED**;
2. This case is **DISMISSED without prejudice;**
3. Petitioner's application to proceed in forma pauperis **[Docket No. 2]** is **DENIED**; and
4. The Clerk of Court is directed to send a copy of the exhibit **[Docket No. 1-1]** submitted by Petitioner, along with a copy of this order, to the following address:

   Board of Immigration Appeals
   Clerk's Office
   5107 Leesburg Pike, Suite 2000
   Falls Church, VA 22041

Date: 9/8/2026

KATE M. FOGARTY, CLERK